No. 353. LOUISIANA RAILWAY & NAVIGATION COMPANY *v.* R. E. WILLIAMS. Error to the Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss or affirm sub-

mitted October 4, 1921. Decided October 10, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Sugarman* v. *United States,* 249 U. S. 182, 184; with imposition of five per cent. penalty under the 23rd Rule. *Mr. E. H. Randolph* for plaintiff in error. *Mr. S. P. Jones* for defendant in error.